**The People of the State of Illinois, defendant in error, v. Morrow Harding, plaintiff in error.   Gen. No. 29,100.**

Prosecution for assault with deadly weapon.    Defendant convicted. Error to the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding.    Heard in the third division of this court for the first district at the March term, 1924.    Affirmed.    Opinion filed February 11, 1925.    Rehearing denied February 24, 1925.

Clanton & Jones, for plaintiff in error.    Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Nancy Healy, defendant in error, v. Edwin Robie, plaintiff in error.   Gen. No. 29,171.**

Bastardy proceeding.    Judgment against the defendant.    Error to the Municipal Court of Chicago; the Hon. William L. Morgan, Judge, presiding.    Heard in the third division of this court for the first district at the March term, 1924.    Affirmed.    Opinion filed February 11, 1925.    Rehearing denied March 5, 1925.

Arthur W. Kettles and Charles W. Bidwill, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

**Ideal Tool & Manufacturing Company, appellee, v. J. Wadsworth Staff, appellant.   Gen. No. 29,307.**

Action for goods sold and delivered.    Judgment for the plaintiff. See 236 Ill. App. 633.    Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding.    Heard in the third division of this court for the first district at the March term, 1924. Affirmed.    Opinion filed February 11, 1925.

Joel C. Carlson, for appellant.    Herbert Bebb, for appellee; John A. Russell, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Marshall O. Densby, plaintiff in error, v. Frederick H. Bartlett et al., defendants in error.   Gen. No. 29,508.**

Case consolidated with Gen. No. 29,045, *supra*.    Error to the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding.    Heard in the third division of this court for the first district at the October term, 1924.    Affirmed.    Opinion filed February 11, 1925.

Vincent G. Gallagher, for plaintiff in error.    Vail, Vail & Plamondon, Bassler, Bippus, Rose & Reeve and Sinden & Hassell, for defendants in error.

Mr. Justice Thomson delivered the opinion of the court.